April 30, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

JOSEPH AND JAMIE SCHWARTZOTT, Appellants

NO. 14-11-00950-CV                    V.

ETHERIDGE PROPERTY MANAGEMENT, Appellee

_____

JOSEPH AND JAMIE SCHWARTZOTT, Appellants

NO. 14-11-00951-CV                    V.

MARAVILLA OWNERS ASSOCIATION, INC. AND HUDAK & DAWSON CONSTRUCTION CO., INC., Appellees

_____

Cause No. 14-11-00950-CV is an attempted appeal from orders signed on July 27, 2011. This cause was heard on the transcript of the record. In Cause No. 14-11-00950-CV, we order the appeal **DISMISSED FOR LACK OF JURISDICTION**. We further order that all costs incurred in Cause No. 14-11-00950-CV be paid by appellants Joseph and Jamie Schwartzott, jointly and severally. We further order this decision certified below for observance.

Cause No. 14-11-00951-CV is an appeal from orders in favor of appellees Maravilla Owners Association, Inc. and Hudak & Dawson Construction Co., Inc., signed on July 27, 2011, and made a final judgment on September 14, 2011. This cause was heard on the transcript of the record. In Cause No. 14-11-00951-CV, we have inspected the record and find error in the judgment. We therefore order the

judgment of the trial court **AFFIRMED** to the extent the trial court dismissed a property-damage claim by appellants Joseph and Jamie Schwartzott for damage to the undecorated and/or unfinished surfaces of the perimeter walls, floors and ceilings surrounding Unit 113 at the Maravilla Condominiums. We order the remainder of the Judgment **REVERSED** and ordered severed and **REMANDED** to the trial court for proceedings in accordance with this court's opinion. For good cause, we further order that all costs incurred in Cause No. 14-11-00951-CV be paid by appellees Maravilla Owners Association, Inc. and Hudak & Dawson Construction Co., Inc., jointly and severally. We further order this decision certified below for observance.